In the Matter of the Claim of GEORGE N. NATOLE, Respondent, against SHELL UNION OIL CORPORATION and the UNITED STATES CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board which determined that claimant sustained accidental injuries arising out of and in the course of his employment. The decision herein was based upon the same accident involved in Matter of Clarke v. Shell Union Oil Corporation (ante, p. 610), decided herewith. In the instant case the Board has found that claimant " lost no time and no disfigurement is claimed and the case is closed." The only question raised by the appellants is that the injuries did not arise out of and in the course of employment. Decision unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JERRY PEPE, Respondent, against SHEFFIELD FARMS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award of the State Industrial Board. The injury occurred on December 19, 1934. Claims were filed on July 8, 1937, and September 25, 1937. There was no question about the accident and causal relation. The Statute of Limitations was raised. The occurrence was known to the employer promptly, and the employer furnished medical attention and surgical appliances at once, and paid full wages during the period of disability following the accident. Advance payment having been made to the employee the claimant is not barred by the Statute of Limitations under section 28 of the Workmen's Compensation Law. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.